# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALIM MILES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **KENNY HURST, a/k/a Kenneth Hurst,** | : | |
| **XTL, INC., XTL-PA, INC., XTL** | : | |
| **SOLUTIONS-PA, L.L.C., CUSTOMIZED** | : | |
| **LOGISTICS SOLUTIONS, JOHN DOE** | : | |
| **1-3, JOHN DOE CORPORATION 1-3** | : | **NO. 22-543** |

## ORDER

**NOW**, this 14th day of February, 2022, upon consideration of the parties' Stipulation to Remand to State Court (Doc. No. 6), it is **ORDERED** that this action is **REMANDED** to the Court of Common Pleas for Philadelphia County.

/s/ TIMOTHY J. SAVAGE J.
